

No. 73–6959. PRATT v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 73–6996. KELE v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 73–7026. ROSENBERG v. MANCUSI, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 2d Cir. Certiorari denied. 

No. 73–7037. MARKER v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 73–7040. OLIVARES-VEGA v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 73–7051. McWHIRT v. FEARNOW ET AL. Ct. App. Ind. Certiorari denied. 

No. 73–7059. CLEMENTS v. HOPPER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 73–7107. COOK v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 73–7115. RICHARDSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 74–25. UNITED STATES v. AMERICAN RENAISSANCE LINES, INC. C. A. D. C. Cir. Certiorari denied.

No. 74–26. McNEAL v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 74–40. JACKSON ET AL. v. UNITED STATES; and
No. 73–6891. TANTILLO v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Reported below: 161 U. S. App. D. C. 88, 494 F. 2d 1007.